IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                    5:23-cr-56-JA-PRL

**DUDZINSKI EDWINN POOLE,**
    Defendant.

AUSA: Tyrie Boyer, Belkis Crockett
Deft. Atty.: Charles Taylor (CJA)

| JUDGE | Philip R. Lammens | DATE AND TIME | July 18, 2023 2:59 pm – 3:31 pm 32 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

## CLERK'S MINUTES – INITIAL APPEARANCE AND ARRAIGNMENT

**INITIAL APPEARANCE**

Defendant arrested on a Superseding Indictment.

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel.  Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints Criminal Justice Act Attorney Charles Taylor with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

Court advised the parties of the requirements of the Due Process Protections Act.

**ARRAIGNMENT**

Not guilty plea entered as to Counts 1, 2, 5 & 6 of the Superseding Indictment.

Trial set for the term commencing September 1, 2023 with the Status Conference on August 23, 2023 at 10:00 a.m. before the Honorable John Antoon, II. **CRIMINAL SCHEDULING ORDER TO ENTER.**

Government orally moves for detention.

Defendant stipulates to detention at this time but reserves the right to file a motion for a bond hearing at a later date.

**ORDER OF DETENTION TO ENTER**

**FILED IN OPEN COURT**:
Financial Affidavit