IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                         5:23-cr-56-JA-PRL

MICHAEL ANDRE CHESTER,
    Defendant.

AUSA: Tyrie Boyer, Belkis Crockett
Deft. Atty.: Bryant Scriven (CJA)

| JUDGE | Philip R. Lammens | DATE AND TIME | July 18, 2023<br>2:59 pm – 3:31 pm<br>32 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

**CLERK'S MINUTES – INITIAL APPEARANCE AND ARRAIGNMENT**

**INITIAL APPEARANCE**
Defendant arrested on a Superseding Indictment.

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints Criminal Justice Act Attorney Bryant Scriven with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

Court advised the parties of the requirements of the Due Process Protections Act.

**ARRAIGNMENT**
Not guilty plea entered as to Counts 5 & 6 of the Superseding Indictment.

Trial set for the term commencing September 1, 2023 with the Status Conference on August 23, 2023 at 10:00 a.m. before the Honorable John Antoon, II. **CRIMINAL SCHEDULING ORDER TO ENTER.**

Government orally moves for detention.

Defendant stipulates to detention at this time but reserves the right to file a motion for a bond hearing at a later date.

**ORDER OF DETENTION TO ENTER**

**FILED IN OPEN COURT**:
Financial Affidavit